# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-18-00004        DATE: April 09, 2018

HON. MICHAEL J. BORDALLO, Designated Judge

Law Clerk: Judith P. Hattori         Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio   Electronically Recorded: 3:13 - 3:21

**APPEARANCES:**

Defendant: Ernie Muna Valencia         Attorney: Joseph Razzano
DEFENDANT NOT PRESENT                  ☐ Present ☐ Retained ☐ FPD ☐ CJA
☐ Present ☐ Custody ☐ Bond ☐ P.R.

U.S. Attorney: None Present            U.S. Agent:
U.S. Probation: None Present
Interpreter:                           Language:

**PROCEEDINGS:** Initial Appearance on an Indictment and Arraignment

- Government's oral motion to unseal the case, and to amend the Indictment to correct the defendant's name to Ernie Muna Valencia. Granted.
- Financial Affidavit reviewed and accepted: Joseph Razzano appointed to represent the defendant.
- Defendant waives reading of Indictment.
- Defendant sworn and examined.
- Plea entered: Not guilty to the charge.
- Trial Scheduling Order executed.
- Defendant released.
- I, Walter M. Tenorio, certify that I am a duly appointed Deputy Clerk of the District Court of Guam, and that I was present in the courtroom of this court on date specified above, and during the regular course of my profession, I made electronic sound recording(s) of the proceedings, for the case specified above. I have played back the recording and certify that it is a true and correct record of the proceedings, that it is sufficiently intelligible when played on a personal computer using For The Record The Record Player™ or equivalent software, that it can be transcribed without undue difficulty, and that I have filed the digital recording with the Clerk of Court.

NOTES: