1  SHAWN N. ANDERSON
   United States Attorney
2  ROSETTA L. SAN NICOLAS
   Assistant United States Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
4  Hagatna, Guam 96910
   Telephone: (671) 472-7332
5  Facsimile: (671) 472-7334

6  Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 18-00004 |
|---|---|
| Plaintiff, | |
| vs. | **UNITED STATES MOTION TO RELEASE GRAND JURY TRANSCRIPTS** |
| ERNIE MONA VALENCIA, | |
| Defendant. | |

COMES NOW the United States and moves this Honorable Court for an order allowing the release to defense counsel of the testimony of the witnesses who appeared before the Grand Jury in this matter and who will testify at trial. Presently, these transcripts are sealed pursuant to Federal Rules of Criminal Procedure 6(e); counsel is entitled to receive them after the witnesses' testimony pursuant to 18 U.S.C. § 3500.

This motion is made for the reason that release of this document prior to the testimony of the witnesses will expedite the timely conduct of the trial itself.

Dated this 24th day of April, 2018.

                                              SHAWN N. ANDERSON
                                              United States Attorney
                                              Districts of Guam and NMI

By:   /s/ Rosetta L. San Nicolas
        ROSETTA L. SAN NICOLAS
        Assistant U.S. Attorney