SHAWN N. ANDERSON
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Facsimile: (671) 472-7334

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ERNIE MUNA VALENCIA, <br><br> Defendant. | CRIMINAL CASE NO. 18-00004 <br><br> **ORDER** <br> Granting Motion to Release Grand Jury Transcripts |

Based on the government's motion to release grand jury transcripts, the court hereby orders the release, to defense counsel in the above-entitled case, of all grand jury transcripts containing testimony of witnesses who have appeared before the Federal Grand Jury in this matter.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Apr 25, 2018**