SHAWN N. ANDERSON
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant United States Attorneys
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Facsimile: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ERNIE MUNA VALENCIA, <br><br> Defendant. | CRIMINAL CASE NO. 18-00004 <br><br> **UNITED STATES' WITNESS LIST** |

1. Richard Tracy, United States Postal Inspection Service (USPIS)

2. Simonique Washington, United States Postal Inspection Service (USPIS) Forensic Laboratory Services,

3. David Stubbs, Drug Enforcement Administration (DEA) Special Agent

4. Jeremiah Cruz, Drug Enforcement Administration (DEA) Task Force Officer

5. Matthew Cepeda, Drug Enforcement Administration (DEA) Task Force Officer

6. Adam Grey, Drug Enforcement Administration (DEA) Task Force Officer

7. Chelsey Belen

8. Lovinia Vibar

9. Kelly Martin Takeshi

10. Aaron Sanchez

11. Erlinda Lizama Reyes

Dated this 17th day of May, 2018.

                                                      SHAWN N. ANDERSON
United States Attorney
Districts of Guam and NMI

By:   /s/ Rosetta L. San Nicolas
      ROSETTA L. SAN NICOLAS
      Assistant U.S. Attorney