KIM R. WALMSLEY
Chief U.S. Probation Officer
MELINDA B. SANTOS
U.S. Probation Officer Specialist
The District Court of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 969-4600
Fax: (671) 969-4601

DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | CRIMINAL CASE NO.: 18-00004-001 |
| | ) | |
| vs. | ) | INFORMATIONAL REPORT |
| | ) | |
| ERNIE MUNA VALENCIA, | ) | |
| | ) | |
| Defendant. | ) | |

Re:   Violation of Pretrial Release Conditions

I, U.S. Probation Officer Specialist Melinda B. Santos, am the Officer assigned to supervise the Court ordered conditions of pretrial release for the defendant, Ernie Muna Valencia, and in this capacity, I declare as follows:

On April 4, 2018, the defendant was indicted by the Federal Grand Jury for the offense, to wit: Attempted Possession of Methamphetamine with Intent to Distribute, in violation of 21 U.S.C. §§846, 841(a)(1), and (b)(1)(B)(viii). On April 9, 2018, he was arrested and appeared before the Honorable Michael J. Bordallo, Designated Judge, for an Initial Appearance and Arraignment hearing. Through appointed counsel, Joseph Razzano, the defendant entered a not guilty plea to the charge. Trial is currently set for

September 25, 2018 and the defendant is on pretrial release with conditions to include drug testing.

On May 7, 2018, this Office filed a Motion to Modify Conditions of Release after Mr. Valencia failed to appear for a drug test on April 20, 2018, and subsequently admitted to drug use on that day. On May 8, 2018, The Honorable Joaquin V.E. Manibusan, Jr., approved the modification of release conditions to include that Mr. Valencia participate in substance abuse counseling.

The defendant is alleged to have committed the following, in violation of 18 U.S.C. §3142:

**Special Condition:** *The defendant must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.*

**Special Condition:** *The defendant must submit to testing for a prohibited substance if required by the pretrial service office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.*

Mr. Valencia failed to report to Marianas Psychiatric Services (MPS) on May 9, 23, and 30, 2018. On May 31, 2018, he reported to the U.S. Probation Office after receiving

Informational Report
Re: VALENCIA, Ernie Muna
Page 3

a call from this Officer and submitted to a drug test. The results were presumptive positive for methamphetamine. Mr. Valencia admitted to use of "ice" on May 26, 2018.

On June 11, 2018, Mr. Valencia failed to report to MPS for a drug test. He was contacted by this Officer the following day and instructed to report to the U.S. Probation Office. He did so and admitted he smoked "ice" on June 11, 2018. A drug test was administered and corroborated this information.

Mr. Valencia has been referred to the Salvation Army Lighthouse Recovery Center for substance abuse treatment. He readily admits he is in dire need of assistance to deal with his addiction.

This report is for Informational purposes only and no court action is being requested at this time. This Officer recognizes that Mr. Valencia is dealing with medical issues while attempting to address his substance abuse addiction at the same time. He has been cautioned, however, that continued noncompliance with Court ordered conditions will not be tolerated and he is at risk of detention should the violations continue.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

Informational Report
Re: VALENCIA, Ernie Muna
Page 4

Executed this <u>19th</u> day of June 2018, at Hagatna, Guam, in conformance with the provisions of 28 U.S.C. § 1746.

Respectfully submitted,

KIM R. WALMSLEY
Chief U.S. Probation Officer

By:  /s/ MELINDA B. SANTOS
U.S. Probation Officer Specialist

Reviewed by:

/s/ JOHN W. SAN NICOLAS II
Supervisory U.S. Probation Officer