**CIVILLE & TANG, PLLC**
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671)472-8868
FACSIMILE:  (671) 477-2511

*Attorneys for Defendant*
*Ernie Muna Valencia*

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>ERNIE MONA VALENCIA,<br><br>           Defendant. | Criminal Case No. 18-00004<br><br><br><br>**DEFENDANT'S VOIR DIRE** |

In addition to the proposed *voir dire* questions submitted by the Government, Defendant, ERNIE MONA VALENCIA, requests the Court add the following questions during *voir dire*:

1. Please state:

    a. Your name;

    b. Your marital status (whether married, single, widowed or divorced);

    c. Your occupation, or previous employment, if retired, previous occupation and whether you do any volunteer work and, if so, please describe;

    d. Your spouse's occupation, its length, or previous employment, if retired, previous occupation and whether your spouse does any volunteer work and, if so, please describe;

    e. How far you went in school;

    f. What degrees you acquired? Whether you ever have taken any course in, or worked in the field of, psychology, law, criminal justice or any related area? If yes, please describe.

2. Have you ever served in the United States military? If so:

   a. What branch?

   b. When?

   c. Rank?

   d. Where?

3. Do you or any member of your family or friends know the defense attorney, or the prosecuting attorney?

4. Do you or any member of your family or friends know the presiding judge in this case?

5. Do you know or recognize any other prospective jury panelist in the courtroom? If so, what is the basis of the relationship? Would such relationship or acquaintance influence your judgment in this case?

6. Do you have any relative or friend who is connected with:

   a. Law enforcement;

   b. The Attorney General of Guam's office;

   c. The United States Attorney's office; or

   d. Any law enforcement agency or other quasi-law enforcement agency?

7. Have you ever been, or applied to be, a policeman/woman, military policemen/woman, or worked, or applied to work, in a security field either for the state or national government or for private industry?

8. Do you or any member of your family know any person employed by the government who worked on this case and who will testify in court, or any other witness who will testify for the prosecution in this case?

9. Have you ever served as a juror in a civil case? If so:

   a. How many times?

b. Did you reach a verdict?

10. Have you ever served as a juror in a criminal case? If so:

   a. How many times?

   b. Did you reach a verdict?

11. Have you ever served on a federal or state grand jury? If so:

   a. When?

   b. How many times?

12. Have you or any member of your immediate family or close personal friend ever testified in a civil or criminal trial or before a federal or state grand jury? If so, please explain.

13. Have you or any member of your immediate family or friend been a party in a civil action? If so, please explain.

14. Have you or any member of your immediate family or friend had bad experience with legal profession?

15. Have you ever donated any time or money to any "crime watch" group? If yes, please describe.

16. Have you, any member of your immediate family or any friend ever been charged with, or convicted of, a felony? If so, please tell us about the experience. How would that affect your judgment in this case?

17. How would you react if a majority of other jurors believed that a person was guilty and you were in the minority? Would the fact that you were in the minority influence your vote at all?

18. What opinion have you formed at this time about the guilt or innocence of Mr. Valencia?

19. Would any of you tend to give any greater weight or credibility, no matter how slight, to the testimony of a law enforcement agent or prosecution witness merely

because they are employees of, or are testifying on behalf of, the government? Would you give their testimony greater weight or credibility over that of Mr. Valencia or his witnesses? *United States v. Baldwin*, 607 F.2d 1294 (9th Cir. 1979).

20. What are your feelings about criminal defense attorneys? What effect will these feelings have on your judgment about the innocence or guilt of Mr. Valencia?

21. This case is scheduled to be tried over the course of a week. Do any of you have any pressing personal, employment or business related matters which would prevent you from serving as a juror in this case?

22. Do any of you have any medical problems which you feel would prevent you from serving as a juror in this trial?

23. Who here has a bumper sticker on their car or truck?

    a. What does it say?

24. Does anyone here have a family member or friend who suffers from a drug addiction? What is your opinion of them?

DATED at Hagåtña, Guam on this 12th day of September, 2018.

**CIVILLE & TANG, PLLC**

By: _____/s/_____
    **JOSEPH C. RAZZANO**
    *Attorneys for Defendant,*
    *Ernie Mona Valencia*