
**CIVILLE & TANG, PLLC**
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*
*Ernie Muna Valencia*

## IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | Criminal Case No. 18-00004 |
|---|---|
| Plaintiff, | |
| vs. | **DEFENDANTS' EXHIBIT LIST** |
| ERNIE MUNA VALENCIA, | |
| Defendant. | |

Defendant ERNIE MUNA VALENCIA ("Defendant"), by and through their Attorney of record, CIVILLE & TANG, PLLC., may introduce one or more of the below described exhibits at trial:

| EX. | DATE | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| A. | JULY 24, 2018 | PICTURE OF CHELSEY BELEN AFTER DINE AND DASH AT DENNY'S | | |
| B. | | CHELSEY BELEN PHOTO AT CHALAN PAGO STORE | | |
| C. | | PHOTO OF CHELSEY BELEN FACEBOOK PHOTO | | |

Defendants reserve the right to add to this list if more documents are found through discovery and use any exhibits listed in the Exhibit List of Plaintiff.

DATED at Hagåtña, Guam, this 12th day of September, 2018.

**ORIGINAL**

CIVILLE & TANG, PLLC.

By: /s/ Joseph C. Razzano
**JOSEPH C. RAZZANO**
*Attorney for Defendant,*
*Ernie Muna Valencia*

1