# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 18-00004 |
| Plaintiff, | |
| vs. | **ORDER** |
| ERNIE MUNA VALENCIA, | |
| Defendant. | |

The pretrial conference and hearing on all motions is hereby rescheduled to September 14, 2018, at 1:30 p.m.

**SO ORDERED.**



/s/ Frances M. Tydingco-Gatewood
   Chief Judge
**Dated: September 13, 2018**

1