1 SHAWN N. ANDERSON
United States Attorney
2 ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
3 Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
4 Hagatna, Guam 96910
TEL: (671) 472-7332
5 FAX: (671) 472-7334

6 Attorneys for the United States of America

7 IN THE UNITED STATES DISTRICT COURT

8 FOR THE TERRITORY OF GUAM

| | |
|---|---|
| 9 UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 18-00004 |
| 10 Plaintiff, | |
| 11 vs. | **UNITED STATES' EXHIBIT LIST** |
| 12 ERNIE MUNA VALENCIA, | |
| 13 Defendant. | |

14

15 COMES NOW the United States, pursuant to the Trial Scheduling Order (ECF 27) and

16 General Order No. 16-0002 hereby files with the Court the following proposed exhibit list to be

17 introduced in its case in chief. The Government reserves the right to amend or supplement this

18 list as needed.

19 Respectfully submitted this 14th day of September, 2018.

20 SHAWN N. ANDERSON
United States Attorney
21 Districts of Guam and the NMI

22
By: */s/ Rosetta L. San Nicolas*
23 ROSETTA L. SAN NICOLAS
Assistant United States Attorney

24

- 1 -

# UNITED STATES' EXHIBIT LIST

**Witness No. 1:** Richard Tracy, U.S.P.I.S.

| Exhibit No. | Page No. | Description | Identified | Admitted |
|---|---|---|---|---|
| 1 | | "Guerrero Ben" package, Tracking Number 9505 5114 8165 7119 2104 14 | | |
| 1(a) | | Photograph of "Guerrero Ben" package. | | |
| 2 | | Photograph of black electrical tape wrapped around methamphetamine | | |
| 3 | | Methamphetamine in plastic bag. | | |
| 4 | | Methamphetamine in plastic bag on scale (24 gg). | | |
| 5 | | Photograph of "Guerrero Ben" package (opened) in closet. | | |
| 6 | | Photograph of "Guerrero Ben" package on floor. | | |
| 7 | | Photograph of Ernie Muna Valencia | | |
| 8 | | Clear plastic bags printed with dollar signs | | |
| 9 | | Three clear glass bottles | | |
| 10 | | Glass methamphetamine pipe | | |
| 11 | | Tin can with clear plastic bags printed with dollar signs | | |
| 12 | | Tin can with clear plastic bags printed with dollar signs on scale. | | |
| 13 | | Cellular phone on tray with lighter and ash tray | | |
| 14 | | Photograph of Ernie M. Valencia's driver's license | | |
| 15 | | Ash tray with straw and burnt cloth | | |
| 16 | | Photograph of Priority Mail Package addressed to "Guererro | | |

| | | Description | Identified | Admitted |
|---|---|---|---|---|
| | | Ben" with USPS tracking number 9114 9999 4423 8248 5530 (shown on floor). | | |
| 17 | | Photograph of Priority Mail Package addressed to "Guererro Ben" with USPS tracking number 9114 9999 4423 8248 5530. | | |
| 18 | | Photograph of U.S. currency in drawer | | |
| 19 | | Photograph of U.S. currency in drawer | | |
| 20 | 20-1 to 20-7 | Handwritten Ledger | | |

**Witness No. 2:** David N. Stubbs, D.E.A.

| Exhibit No. | Page No. | Description | Identified | Admitted |
|---|---|---|---|---|
| 1 | | "Guerrero Ben" package, Tracking Number 9505 5114 8165 7119 2104 14 | | |
| 1(a) | | Photograph of "Guerrero Ben" package. | | |
| 2 | | Photograph of black electrical tape wrapped around methamphetamine | | |
| 3 | | Methamphetamine in plastic bag. | | |
| 4 | | Methamphetamine in plastic bag on scale (24 gg). | | |
| 5 | | Photograph of "Guerrero Ben" package (opened) in closet. | | |
| 6 | | Photograph of "Guerrero Ben" package on floor. | | |
| 7 | | Photograph of Ernie Muna Valencia | | |
| 8 | | Clear plastic bags printed with dollar signs | | |
| 9 | | Three clear glass bottles | | |
| 10 | | Glass methamphetamine pipe | | |
| 11 | | Tin can with clear plastic bags printed with dollar signs | | |
| 12 | | Tin can with clear plastic bags | | |

| | | | | |
|---|---|---|---|---|
| | | printed with dollar signs on scale. | | |
| 13 | | Cellular phone on tray with lighter and ash tray | | |
| 14 | | Photograph of Ernie M. Valencia's driver's license | | |
| 15 | | Ash tray with straw and burnt cloth | | |
| 16 | | Photograph of Priority Mail Package addressed to "Guererro Ben" with USPS tracking number 9114 9999 4423 8248 5530 (shown on floor). | | |
| 17 | | Photograph of Priority Mail Package addressed to "Guererro Ben" with USPS tracking number 9114 9999 4423 8248 5530. | | |
| 18 | | Photograph of U.S. currency in drawer | | |
| 19 | | Photograph of U.S. currency in drawer | | |
| 20 | 20-1 to 20-7 | Handwritten Ledger | | |

**Witness No. 3:** **Simonique Washington, Southwest Laboratory**

| | | | | |
|---|---|---|---|---|
| 21 | 21-1 to 21-3 | Forensic Laboratory Examination Report | | |

## CERTIFICATION

Comes now, Rosetta L. San Nicolas, Assistant U.S. Attorney for the District of Guam, and states that I have reviewed the proposed Exhibit List in Criminal Case No. 18-00004, <u>United States v. Ernie M. Valencia,</u> and certify that the Exhibit List is accurate to the best of my ability.

Dated this 14th day of September, 2018.

                SHAWN N. ANDERSON
                United States Attorney
                Districts of Guam and the NMI
By:   */s/ Rosetta L. San Nicolas*
       ROSETTA L. SAN NICOLAS
       Assistant U.S. Attorney