# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# GENERAL

CASE NO.: 1:18-cr-00004-001  DATE: September 14, 2018

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Karen Quitlong  Court Recorder: Carmen Santos
Courtroom Deputy: Carmen B. Santos  Hearing Times: 1:01 - 1:26

**APPEARANCES:**

Defendant: Ernie Muna Valencia  Attorney: Joseph C. Razzano
    Present   Custody   Bond   P.R.        Present   Retained   FPD   CJA

U.S. Attorney: Rosetta San Nicolas  U.S. Agent:
U.S. Probation: None Present
Interpreter:  Language:

**PROCEEDINGS: PT Conference and Hearing on All Motions**
- Defendant's [40] Motion in Limine to Exclude Evidence of Prior Bad Acts, not opposed by the government, is granted.
- Defendant's request for sanction because of the government's failure to follow the court's order re filing and submission of exhibits list and exhibits binders is denied.
- Court allows government to file its exhibits list and submit its exhibits binders by September 14, 2018.
- Jury Selection and Trial to commence as scheduled on: September 25, 2018 at 10:00 AM
- Defendant released as previously ordered.

NOTES: