# THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 18-00004 |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| ERNIE VALENCIA, | |
| Defendant. | |

Before the court is the United States' Motion in Limine for In Camera Inspection and Determination of Admissibility. *See* ECF No. 48. Defendant shall file his Opposition, if any, no later than September 19, 2018, at 5:00 p.m. The Government shall file its Reply, if any, no later than September 20, 2018, at noon.

**SO ORDERED.**

/s/ Frances M. Tydingco-Gatewood
   Chief Judge
**Dated: Sep 18, 2018**