**CIVILLE & TANG, PLLC**
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868
FACSIMILE: (671) 477-2511

*Attorneys for Defendant*
*Ernie Muna Valencia*

# IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | Criminal Case No. 18-00004 |
|---|---|
| Plaintiff, | |
| vs. | **DEFENDANT'S SUPPLEMENTAL EXHIBIT LIST; CERTIFICATE OF SERVICE** |
| ERNIE MUNA VALENCIA, | |
| Defendant. | |

Defendant ERNIE MUNA VALENCIA ("Defendant"), by and through their Attorney of record, CIVILLE & TANG, PLLC., may introduce one or more of the below described exhibits at trial:

| EX. | DATE | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| A. | JULY 24, 2018 | PICTURE OF CHELSEY BELEN AFTER DINE AND DASH AT DENNY'S | | |
| B. | | CHELSEY BELEN PHOTO AT CHALAN PAGO STORE | | |
| C. | | PHOTO OF CHELSEY BELEN FACEBOOK PHOTO | | |
| D. | JULY 14, 2017 | GUAM PDN: WOMAN PLEADS GUILTY TO BRINGING METH TO GUAM FROM PHILIPPINES | | |
| E. | JANUARY 25, 2018 | GUAM PDN: VIOLETA MANAHAN PLEADED GUILTY TO CONSPIRACY TO DISTRIBUTE METH IN GUAM | | |

1

| F. | January 26, 2018 | Guam PDN: Drug Conspiracy Unsealed | | |
| G. | May 8, 2018 | Guam PDN: Woman in drug scheme continues treatment despite violation | | |

Defendants reserve the right to add to this list if more documents are found through discovery and use any exhibits listed in the Exhibit List of Plaintiff.

DATED at Hagåtña, Guam, this 18th day of September, 2018.

**CIVILLE & TANG, PLLC.**

By: _____/s/_____
**JOSEPH C. RAZZANO**
*Attorney for Defendant,*
*Ernie Muna Valencia*

# EXHIBIT D

# Woman pleads guilty to bringing meth to Guam from Philippines

Jerick Sablan, jpsablan@guampdn.com   Published 5:54 p.m. ChT July 14, 2017



(Photo: PDN file photo)

Erlinda Lizama Reyes pleaded guilty to bringing meth to Guam from the Philippines July 7, 2016. Her case was unsealed this week in federal court.

She admitted to knowingly bringing meth to Guam from the Philippines. The conviction for importation of meth will mean up to 20 years in prison, a $1 million fine, a three-year supervised release and $100 special assessment, according to her plea agreement.

Any violations during supervised release could led to another two years in prison.

Case 1:18-cr-00004   Document 50   Filed 09/18/18   Page 4 of 16

rectal cavity, documents states.

Reyes said she brought the meth from the Philippines to distribute to others on Guam in exchange for $10,000 cash, documents state.

The case was under seal until this week, when a motion to unseal the case was granted.

Reyes sentencing is set for Oct. 19.

**READ MORE:**

Euthanized dog had stopped $6.2M in meth while at Customs (http://www.guampdn.com/story/news/2017/06/28/euthanized-dog-had-stopped-6-2-m-meth-while-customs/434394001/)

Employee allegedly sold meth from DPW security booth to pay medical bills (http://www.guampdn.com/story/news/2017/06/08/dpw-worker-allegedly-sold-meth-to-pay-medical-bills/379830001/)

Ex-corrections officer sent to prison for meth use (http://www.guampdn.com/story/news/2017/05/18/ex-corrections-officer-sent-prison-meth-use/329426001/)

Read or Share this story: http://www.guampdn.com/story/news/2017/07/14/woman-pleads-guilty-bringing-meth-guam-philippines/478288001/

# EXHIBIT E



ON-SITE DIESEL DELIVERY
- Diesel at Pump Prices
- Reliable Four-Truck Fleet
- Professional Drivers
- 24-Hour Delivery (After Typhoons)
CLICK HERE FOR MORE INFORMATION

Our convenient service saves you time and money!
Don't wait for a typhoon to hit!
CALL NOW 649-1966

MORRICO EQUIPMENT
Sales, Rental, Parts and Service
197 Ypao Road, Tamuning, Guam 96913
Tel: (671) 649-1946
Fax: (671) 649-1947
www.morricoequipment.com

# Years-long drug conspiracy revealed in unsealed federal documents

Jasmine Stole Weiss, jstole@guampdn.com    Published 3:20 p.m. ChT Jan. 25, 2018


(Photo: PDN file photo)

For about four years, Violeta E. Manahan had arranged with her supplier in California to have packages of methamphetamine mailed to Guam and distributed here, according to federal court documents that were made public this week.

Manahan was charged, and pleaded guilty, last year in the District Court of Guam with conspiracy to distribute methamphetamine hydrochloride. Her case was unsealed on Wednesday.

Her plea agreement states Manahan, from about January 2013 through March 2017, orchestrated a scheme with a drug supplier in California and people on island to have varying quantities of methamphetamine distributed on Guam.

She ordered meth, which was sent to Guam through the U.S. mail and other means, the plea deal states. "The methamphetamine varied in quantities from grams to ounces, all of which the co-conspirator...provided to Violeta Manahan," the plea agreement states.

Manahan also put the California supplier in contact with people here, who would receive the drugs, documents state. She gave people on Guam tracking numbers for packages and once the packages arrived, those people would drop the mail at Manahan's house for her, court documents state.

ADVERTISEMENT


Manahan also collected money from the sale of the drugs and wired the funds to the supplier. She received some meth "as a commission, which she used for her personal use," court papers state.

According to Manahan's plea agreement, the supplier in 2015 sent a package of 13.88 grams of 42-percent pure meth to someone on Guam, who Manahan had introduced to the supplier in 2013. The package was intercepted by U.S. Postal Inspectors and DEA agents.

net grams of 95-percent pure methamphetamine, according to the plea agreement.

Manahan agreed to cooperate fully with prosecutors as part of her plea deal. In exchange, the prosecution agreed to recommend a reduced sentence. Ultimately, Manahan's sentence will be up to the judge.

She pleaded guilty to conspiracy to distribute methamphetamine hydrochloride, which carries a maximum penalty of 20 years imprisonment and a maximum $1 million fine under the law, her plea agreement states.

Sentencing is scheduled for May 14.

**READ MORE:**

Man in meth case gets new lawyer minutes before sentencing (http://www.guampdn.com/story/news/2017/04/10/man-meth-case-gets-new-lawyer-minutes-before-sentencing/100275434/)

Man on felony release charged after search of his home allegedly turns up drugs (http://www.guampdn.com/story/news/2018/01/18/man-arrested-after-search-warrant-reveals-safe-containing-methamphetamine-and-controlled-substances/1043265001/)

Man who shipped 8 pounds of drugs sentenced to 20 years (http://www.guampdn.com/story/news/2017/12/13/man-who-shipped-8-pounds-drugs-sentenced-20-years/943381001/)

Read or Share this story: http://www.guampdn.com/story/news/2018/01/25/years-long-drug-conspiracy-revealed-unsealed-federal-documents/1064393001/



Try a
Find your perfect car.

cars.com
Search Now

# Exhibit F

https://www.postguam.com/news/local/drug-conspiracy-unsealed/article_c2e38bf2-01b3-11e8-a28a-d3130c485a8e.html

# Drug conspiracy unsealed

Mindy Aguon | The Guam Daily Post   Jan 26, 2018

### Plea agreement

Violeta Manahan, 58, signed a plea agreement in April 2017 admitting to conspiring to distribute methamphetamine hydrochloride.

A four-year drug distribution conspiracy was revealed in court documents unsealed yesterday in the District Court of Guam.

Violeta Manahan, 58, signed a plea agreement in April 2017 admitting to conspiring to distribute methamphetamine hydrochloride. The deal was filed under seal – hidden from the public – until this week, when the entire case was made public.

The conspiracy alleges that Manahan worked with a drug supplier in California, identified in court documents as Jimmy Law. The drug conspiracy began Jan. 1, 2013, and ended around March 1, 2017, court documents state.

The drug conspiracy between Manahan and Law also allegedly included seven other individuals, who were identified in the plea agreement as Richard Manahan, Donna Mendiola, Francis Quitugua, Brian Bautista, Benjamin Saturnio, Rydell Manahan and Geraldine Fajardo. The named individuals allegedly distributed the meth on Guam.

Violeta Manahan admitted she would order and receive quantities of meth that were sent to Guam through U.S. mail and other means. The drugs varied in quantities from grams to ounces, all which co-conspirator Law allegedly provided to her, court documents state.

She placed Law in contact with individuals on Guam to receive the methamphetamine and provided the individuals with tracking numbers for the packages containing the drugs. Once the packages arrived on Guam, the co-conspirators left the package on a table at Violeta Manahan's residence. The defendant collected money from the sale of the drugs and told the federal government she wired the proceeds through Western Union to Law, court documents state.

It's alleged she received a portion of the drugs as a commission, which she used for personal use.

**Packages intercepted**

Federal law enforcement intercepted several packages in the mail related to the conspiracy.

On Nov. 2, 2014, U.S. Postal Service inspectors and Drug Enforcement Administration agents intercepted a package sent to a Tamuning mailbox. The package contained 110.55 net grams of methamphetamine with a purity level of 95 percent, and was sent by Law to Richard Manahan and Mendiola, court documents state.

The plea agreement states Violeta Manahan arranged for the package to be sent.

Federal authorities intercepted another package on Feb. 18, 2015, sent to a home along Biradan Boy in Dededo. The package contained 13.88 grams of methamphetamine with a purity level of 42 percent and was sent by Law to Fidela Cabrera.

Violeta Manahan introduced Cabrera to Law in July 2013, court documents state.

According to the plea agreement, Violeta Manahan agreed to cooperate with federal authorities. She faces a maximum sentence of 20 years behind bars and remains on release pending a sentencing hearing set for May 14.

# EXHIBIT G



# Violeta Manahan who admitted to drug scheme to continue treatment despite violation

Jerick Sablan, jpsablan@guampdn.com   Published 3:51 p.m. ChT May 8, 2018



*(Photo: PDN file)*

A woman who pleaded guilty to mailing drugs to Guam and selling them for about four years will be able to stay in treatment despite a violation.

Violeta E. Manahan had a hearing before District Court of Guam Magistrate Judge Joaquin Manibusan Tuesday.

**More:** Years-long drug conspiracy revealed in unsealed federal documents (/story/news/2018/01/25/years-long-drug-conspiracy-revealed-unsealed-federal-documents/1064393001/)

**More:** Convicted drug dealer Albert Portusach Mendiola Jr. to continue drug treatment despite violation (/story/news/2018/05/08/convicted-drug-dealer-albert-mendiola-jr-continue-drug-treatment-despite-violation/589106002/)

Manahan was charged, and pleaded guilty, last year with conspiracy to distribute methamphetamine hydrochloride.

Manahan has been in treatment at Oasis Empowerment Center since February, her attorney, Assistant Federal Public Defender Leilani Lujan said.

She's been successful in the program and was able to have her first family visitation after completing several weeks in the program.

Unfortunately, members of her family are drug users and Manahan used drugs while she was out, Lujan said.

## Relapsing is part of recovery process

Her client immediately told Oasis staff that she had used drugs and she also informed probation. Lujan said the fact that Manahan admitted to her drug use was a good sign that she is making progress in her recovery.

ADVERTISEMENT

She said many people dealing with drug addiction have relapses and it's part of the recovery process.

Lujan asked the judge to consider keeping Manahan out of jail so she can continue to seek treatment at Oasis.

Manahan was sober from February to April which is one of the longest periods of times she's been off drugs, Lujan said. She said it should be noted because for someone like Manahan who used drugs everyday that's a big accomplishment.

She said placing Manahan in jail would be detrimental because she would have access to drugs there citing news reports of contraband at the prison.

## 'I'm trying to do the right thing'

She said Oasis is a controlled environment where Manahan can continue to benefit from treatment.

Oasis has already given Manahan sanctions including no phone calls and visitations, she said.

**More:** Most Guam meth arrives by mail (/story/news/2018/04/22/most-guam-meth-arrives-mail/535239002/)

**More:** Former governor's spokesman Troy Torres repeats claims he was set up by administration (/story/news/2018/05/07/torres-repeats-claims-he-set-up-administration/585442002/)

Lujan also argued that if Manahan were to be sent to prison, Oasis can't promise she would have a bed when she gets out.

Manahan told the court that she regretted using drugs and wants to become a better person. She said Oasis has been a tremendous help for her and she's learning a lot of tools that can help her with recovery.

"I'm trying to do the right thing," she said.

## Continuing to improve

Assistant U.S. Attorney Rosetta San Nicolas told the judge the government also would like to see Manahan continue treatment.

But she asked the judge to remind Manahan that she is facing sentencing come August that could mean years in jail.

She hopes Manahan will use the time she has in treatment to her advantage to continue to improve.

U.S. Probation said because this isn't Manahan's first violation, but her fifth, they recommended she get 7 days in jail.

Judge Manibusan said because Manahan wants to continue getting treatment and it's been a help for her he would allow her to continue going to Oasis.

"It helps you to make wise decisions and these wise decisions only helps you in the long run," he said.

However, he said any further violations could mean sanctions, so he encouraged her to not give up in her treatment.

## Ordering meth from California

For about four years, Violeta E. Manahan had arranged with her supplier in California to have packages of methamphetamine mailed to Guam and distributed here, according to federal court documents.

She ordered meth, which was sent to Guam through the U.S. mail and other means, the plea deal states. "The methamphetamine varied in quantities from grams to ounces, all of which the co-conspirator...provided to Violeta Manahan," her plea agreement states.

Manahan also put the California supplier in contact with people here, who would receive the drugs, documents state. She gave people on Guam tracking numbers for packages and once the packages arrived, those people would drop the mail at Manahan's house for her, court documents state.

Her sentencing is set for Aug. 29.

**READ MORE:**

Man charged in theft of groceries from Oka Pay-Less (https://www.guampdn.com/story/news/2018/05/08/joseph-dejesus-benavente-charged-theft-groceries-oka-pay-less/589216002/)

Inmate charged in two contraband cases might plead guilty (https://www.guampdn.com/story/news/2018/05/08/bruno-simmons-charged-two-contraband-cases-might-plead-guilty/588934002/)

Read or Share this story: https://www.guampdn.com/story/news/2018/05/08/woman-drug-scheme-continues-treatment-despite-violation/589213002/

# CERTIFICATE OF SERVICE

I, Joseph C. Razzano, do hereby certify that on the 18th day of September, 2018, I caused to be served, via the Court's CM/ECF system, a true and correct copy of the DEFENDANT'S SUPPLEMENTAL EXHIBIT LIST upon the following:

**Rosetta San Nicolas**
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910

**Melinda B. Santos**
U.S. Probation Officer Specialist
The District Court of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Ave.
Hagåtña, Guam 96910

*Executed* this 18th day of September, 2018 at Hagåtña, Guam.

CIVILLE & TANG, PLLC

By: /s/
**JOSEPH C. RAZZANO**
*Attorneys for Defendant,*
*Ernie Mona Valencia*