SHAWN N. ANDERSON
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Facsimile: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 18-00004 |
|---|---|
| Plaintiff, | |
| vs. | **UNITED STATES' SECOND AMENDED WITNESS LIST** |
| ERNIE MUNA VALENCIA, | |
| Defendant. | |

1. Richard Tracy
   United States Postal Inspection Service
   Barrigada, Guam

2. Simonique Washington
   United States Postal Inspection Service, Forensic Laboratory Services
   Dulles, Virginia

3. David Stubbs
   Drug Enforcement Administration
   Hagatna, Guam

4. Adam Grey
   Guam Customs and Quarantine Agency
   Santa Rita, Guam

5. Chelsey Belen
   Yigo, Guam

6. Erlinda Lizama Reyes
   Barrigada, Guam

7. Violeta Manahan
   Dededo, Guam

Dated this 19th day of September, 2018.

                                        SHAWN N. ANDERSON
                                        United States Attorney
                                        Districts of Guam and NMI

                         By:    /s/ Rosetta L. San Nicolas
                               ROSETTA L. SAN NICOLAS
                               Assistant U.S. Attorney